UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRAVIS SINEGAL** | **CIVIL DOCKET NO. 6:21-cv-01849** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **K.P. GIBSON, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 12] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint [Doc. 4] be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS, DONE AND SIGNED, in chambers, on this 4th day of April 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE